RAPID MACHINE WORKS, INC., Appellant, v. MARCUS SILBERSTEIN, Respondent.*

Supreme Court, Appellate Term, First Department, December Term, 1930.

*Samuel A. Hirshowitz*, for the appellant.

*Shepard Broad*, for the respondent.

PER CURIAM. We think the stipulation of counsel should be construed to permit defendant to mitigate his damages in the conversion action by showing the return of the goods and their value at that time, as an offset to the damages *prima facie* established by proof of value at the time of conversion.

Judgment and order reversed and a new trial ordered, with costs to appellant to abide the event.

LYDON and PETERS, JJ., concur; FRANKENTHALER, J., concurs in result.

* Revg. 136 Misc. 837.